# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**448**

**CA 10-01975**

PRESENT: SCUDDER, P.J., SMITH, LINDLEY, GREEN, AND GORSKI, JJ.

---

SHARON MCAFEE, PLAINTIFF-APPELLANT,

                         V                                        ORDER

JAMES MCAFEE, DEFENDANT-RESPONDENT.

---

GERALD J. VELLA, SPRINGVILLE, FOR PLAINTIFF-APPELLANT.

ROSENTHAL, SIEGEL & MUENKEL, LLP, BUFFALO (JAMES P. RENDA OF COUNSEL), FOR DEFENDANT-RESPONDENT.

-------------------------------------------------------------------------------------------------------

        Appeal from an order of the Supreme Court, Cattaraugus County (Larry M. Himelein, A.J.), entered December 30, 2009 in a divorce action.  The order, among other things, denied plaintiff's motion to find defendant in contempt.

        It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  April 29, 2011                            Patricia L. Morgan
                                                   Clerk of the Court